IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LOGGED _____ RECEIVED

SEP 0 7 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Cao Xiaoming

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Dario von matthew JR
Erik Goshom
Pam Chambers

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 22-Cv-2242-JRR
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cao Xiaoming |
| Street Address | 5161 Spring Willow CT |
| City and County | Owings Mills |
| State and Zip Code | MD 21117 |
| Telephone Number | 443 838 6888 |
| E-mail Address | CaoCao578@gmail |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dario Von Matthew JR |
| Job or Title (if known) | |
| Street Address | 40 Bank Spring CT |
| City and County | Owings Mills |
| State and Zip Code | MD 21117 |
| Telephone Number | 4433793743 |
| E-mail Address (if known) | |

2

Defendant No. 2

| | |
|---|---|
| Name | Erik Goshom |
| Job or Title (if known) | Claim Specialist |
| Street Address | PO Box 52250 |
| City and County | Phoenix |
| State and Zip Code | AZ 85072-2250 |
| Telephone Number | 8442928615 -114 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Pam Chambers |
| Job or Title (if known) | Claim Specialist |
| Street Address | 5260 Western Ave |
| City and County | Chevy Chase |
| State and Zip Code | MD 20815 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* __Cao Xiaoming__, is a citizen of the State of *(name)* __MD__.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) Dario Von Matthew JR is a citizen of the State of (name) MD. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) Dan Chamber, is incorporated under the laws of the State of (name) MD, and has its principal place of business in the State of (name) MD. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

   _____
   _____
   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached.

*My lawsuit is looking for a justice. It's not my fault. I did nothing wrong, nothing against the laws, but defenders have denied my claims to cover my damages, that against the truth, changed the facts, broken the laws.*

*I was already stablished the driving on the right line after made a turn to the left in the injection of roads, then changed to the right line with signal. The speed limit is 35.*

*Defender 1 hit the back of my three months old car, was trying to pass me from the right line, very much speeding and didn't pay attention to my turn signal without any breaks.*

*Defender 2, represented State Farm, has denied my claims, saying MD laws are not allowed them to insurance this accident without any explanations, that I don't believe the MD laws are not protect their*

*people, whose rights were broken and looking for a justice.*

*Defender 3, represented GEICO, even made a worse conclusion, said my car struck defender's car, that's a unimaginable conclusion against the basic fact: Who struck who's?*

*My case was treated so unfairly, so unjustly to believe there still has a justice in the world?*

*I request the defenders to pay my repairs bills plus the huge emotional damages.*

*It's my last hope to get a justice from the justice system.*

*Xiaoming Cao*

*09/02/2022*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pay the Repair Bills for $16772.26 plus emotional damages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/02, 2022

Signature of Plaintiff: Cao Xiao Ming

Printed Name of Plaintiff: CAO XIAO MING

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
Email Address            _____

8